**James E. MINSKI, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44161.**

Missouri Court of Appeals,
Western District.

Aug. 27, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied
Nov. 19, 1991.

William L. Webster, Atty. Gen., Joan F.
Edwards, Asst. Atty. Gen., Jefferson City,
for appellant.

Jeanne Haas McKenna, Asst. Appellate
Defender, Kansas City, for respondent.

Before SHANGLER, P.J., and BERREY
and HANNA, JJ.

#### ORDER

PER CURIAM.

Appeal from the dismissal of appellant's
Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

**Eric BOSTIC, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44352.**

Missouri Court of Appeals,
Western District.

Aug. 27, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied
Nov. 19, 1991.

David S. Durbin, Appellate Defender,
Jeanne Haas McKenna, Asst. Appellant Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John M.
Morris, Asst. Atty. Gen., Jefferson City,
for respondent.

Before FENNER, P.J., LOWENSTEIN,
C.J., and ULRICH, J.

#### ORDER

PER CURIAM:

Appeal from the dismissal of appellant's
Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).